**JS-6**

# DISTRICT COURT OF THE UNITED STATES
# FOR THE STATE OF CALIFORNIA
# CENTRAL DISTRICT, EASTERN DIVISION

| | |
|---|---|
| GWEN FOLK, an individual, | CASE NO. 5:18-cv-00823 JLS (AFMx) |
| Plaintiff, | **ORDER TO DISMISS** |
| vs. | |
| | District Judge: Hon. Josephine L. Staton |
| COSTCO WHOLESALE | Courtroom 10A, 10th Floor |
| CORPORATION, a Corporation | Magistrate Judge: Hon. Alexander F. |
| and DOES 1 to 50, inclusive | MacKinnon (for Discovery) |
| | Courtroom 780, 7th Floor |
| Defendants. | |
| | Filed: March 26, 2018 |
| | Removed: April 20, 2018 |

1

Having Reviewed the parties' Stipulation to Dismiss, the Court HEREBY DISMISSED WITH PREJUDICE the entire action against Defendants filed by Plaintiff Gwen Folk ("Plaintiff") on the one hand, and Defendant, Costco Wholesale Corporation ("Defendant"), on the other hand (the "Motion").

In accordance with the Stipulation, each party agrees to bear its own costs and attorneys' fees.

Dated: March 14, 2019

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE